IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:23-CR-445 (GTS) |
| | ) | |
| v. | ) **Indictment** | |
| | ) | |
| **JOBIE PATTERSON,** | ) Violation: | 18 U.S.C. § 2252A(a)(5)(B) [Possession of Child Pornography] |
| Defendant. | ) | |
| | ) | |
| | ) 1 Count | |
| | ) | |
| | ) County of Offense: | Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Possession of Child Pornography]

In or about May, 2023, in Onondaga County in the Northern District of New York, the defendant,

### JOBIE PATTERSON,

did knowingly possess material that contained one or more images of child pornography that had been transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in that the defendant maintained an Internet-based iCloud storage account in which he maintained and saved numerous graphic image files depicting V-1, a minor child born in 2005, engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Dated:   November 8, 2023

A TRUE BILL.

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Richard Southwick
Assistant United States Attorney
Bar Roll No. 505265